**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7286**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

AHMAD DEVAKI DOUGLAS, a/k/a Vakie, a/k/a Vaki,

          Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Frank D. Whitney, District Judge. (3:06-cr-00043-FDW-1)

Submitted: November 20, 2012      Decided: November 27, 2012

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ahmad Devaki Douglas, Appellant Pro Se. Donald David Gast, Assistant United States Attorney, Asheville, North Carolina; Karen S. Marston, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ahmad Devaki Douglas appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Douglas, No. 3:06-cr-00043-FDW-1 (W.D.N.C. May 16, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED